AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_Southern_ DISTRICT OF _New York_

CITY OF NEW YORK,

        Plaintiff,

V.

UNITED STATES DEPARTMENT OF JUSTICE,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 2240

JUDGE CASTEL

TO: (Name and address of defendant)

United States Department of Justice
Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON      MAR 15 2007

CLERK      DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>April 4, 2007 |
| NAME OF SERVER (PRINT)<br>ALAN H. KLEINMAN | TITLE<br>Assistant Corporation Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): I caused service to be made as follows: By hand to the U.S. Attorney for the Southern District of New York and by certified mail to the Attorney General of the United States and the Department of Justice Office of Information and Privacy.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/07
         Date

Signature of Server

100 Church Street, NY, NY 10007
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.