

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/07

86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**

April 9, 2007

RECEIVED
APR 10 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

BY HAND TO CHAMBERS
Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

    Re:    City of New York v. United States Department of Justice,
             07 Civ. 2240 (PKC)

Dear Judge Castel:

    Defendant the United States Department of Justice (the "Government") respectfully submits this letter to request a 60-day extension of time in which to respond to the above-referenced complaint, and an adjournment of the initial conference currently scheduled for May 11, 2007. The matter was received by this Office on March 21, 2007 and our response is due on April 13, 2007.

    The Government respectfully requests the extension of time in which to respond to the complaint because this Office is in the initial stages of coordinating with the Department of Justice and more specifically the Executive Office of the United States Attorneys, and has not yet received the information necessary to respond. In that regard, this Office is not yet in a position to know whether this action, which is brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq., may be subject to resolution without the need for further litigation. Finally, the Government respectfully requests that the May 11, 2007 conference be adjourned to another date convenient to the Court because counsel for the Government will be out of the Office on vacation that week.

    Plaintiff the City of New York (the "City") refuses to consent to the Government's requests notwithstanding that the United States Attorney's Office cannot respond meaningfully to the complaint at this time. As per Your Honor's Individual Rules, the Government asked plaintiff to explain its refusal to this first request for an extension. Counsel for the City informed me that "as a matter of professional courtesy [it] would consent to an extension of a few weeks but believes that an extension of 60 days is excessive on this matter of significant import. The

City intends to move for summary judgment promptly."

    For the reasons set forth above, the Government respectfully requests that it have until June 12, 2007 by which to respond to the complaint and that the Court adjourn the May 11, 2007 conference to another date convenient to the Court. As set forth above, the United States Attorney's Office requires the additional time so that it can responsibly represent its position before this Court and proceed efficiently with this matter.

    Thank you for your consideration of these requests.

    Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
DANIELLE GENTIN STOCK
Assistant United States Attorney
Tel. No.: (212) 637-2748
Fax No.: (212) 637-2686

cc: Alan H. Kleinman, Esq. (by facsimile)
    Attorney for the City of New York

*[Handwritten order:]* Premotion conference to be held on plaintiff's June 15, 2007 at 10:45 a.m. on proposed motion. Defendant's response to the complaint due May 29, 2007. Initial conference adjourned from May 11 to June 15, 2007 at 10:45 a.m. The parties, through senior counsel, are directed to meet and confer face to face for no less than one hour in an effort to resolve the merits of the underlying claim. Meet to be held by May 4, 2007. SO ORDERED, /s/ [signature], USDJ 4-10-07