

U.S. Department of Justice

United States Attorney
Southern District of New York



86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**

May 24, 2007

BY HAND TO CHAMBERS
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

      Re:    City of New York v. United States Department of Justice,
              07 Civ. 2240 (PKC)

Dear Judge Castel:

      Defendant the United States Department of Justice, with the consent of plaintiff City of New York, respectfully submits this letter to request a one-week extension from May 29, 2007 until June 5, 2007, in which to respond to the above-referenced complaint. The additional time is being requested so that the parties may further explore whether this matter is amenable to resolution without the Court's intervention. The Court previously granted a 45-day extension to the defendant.

      Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
DANIELLE GENTIN STOCK
Assistant United States Attorney
Tel. No.: (212) 637-2748
Fax No.: (212) 637-2686

Application granted. SO ORDERED. /s/ P. Kevin Castel USDJ 5-25-07

cc:    By Facsimile
        Alan H. Kleinman, Esq.
        Eric Proshansky, Esq.
        Attorneys for the City of New York