USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-7-07

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

# MEMO ENDORSED

June 5, 2007



BY HAND TO CHAMBERS
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

    Re:    City of New York v. United States Department of Justice,
              07 Civ. 2240 (PKC)

Dear Judge Castel:

    Defendant United States Department of Justice respectfully submits this letter to advise the Court that the parties to the above-referenced case believe that they will be able to resolve this matter without the need for further Court intervention. Accordingly, the parties respectfully request that the Court place this matter on its suspense calendar for a period of 90 days, after which time the parties will advise the Court whether this action should be closed. In light of this request, we also respectfully request that the Court cancel the pre-motion conference scheduled for June 15, 2007.

    Thank you for your consideration of these requests.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Danielle Gentin Stock
DANIELLE GENTIN STOCK
Assistant United States Attorney
Tel. No.: (212) 637-2748
Fax No.: (212) 637-2686

cc: By Facsimile
Alan H. Kleinman, Esq.
Eric Proshansky, Esq.
Attorneys for the City of New York

*[Handwritten endorsement:] Conference scheduled for June 15 is vacated. Case placed on suspense calendar until September 14. AUSA to advise status as of September 14. SO ORDERED. P. Kevin Castel USDJ 6-6-07*