



U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**

September 18, 2007

By Hand To Chambers

Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street, Room 2260
New York, New York 10007

    Re:  City of New York v. U.S. Dep't of Justice
           07 Civ. 2240 (PKC)

Dear Judge Castel:

    I am the Assistant United States Attorney ("AUSA") handling the above-referenced matter on behalf of the defendant United States Department of Justice while AUSA Danielle Gentin Stock is on maternity leave. I write respectfully pursuant to this Court's June 6, 2007 memo endorsement directing this Office to provide a status report regarding this Freedom of Information Act ("FOIA") lawsuit as of September 14.

    As an initial matter, I apologize to the Court for not sending this letter by September 14. The delay was inadvertent, and I regret any inconvenience to the Court.

    Regarding the status of this matter, after consulting with plaintiff's counsel, I write to advise the Court that the parties continue to believe that they will be able to resolve this matter without the need for Court intervention. Accordingly, the parties respectfully request that the Court maintain this matter on its suspense calendar for an additional thirty days. I also respectfully propose that this Office advise the Court of the status of this case on or before October 15, 2007.

*Updated Status due on or before October 15, 2007.*

*SO ORDERED.*

*[signature] USDJ*

*9-18-07*

Thank you for your attention to this matter.

                          Respectfully,

                          MICHAEL J. GARCIA
                          United States Attorney

By: _____
       NEIL M. CORWIN
       Deputy Chief
       Civil Division
       Tel. No.: (212) 637-2707
       Fax: (212) 637-2730

cc:   Eric Proshansky, Esq. (By facsimile)
     Attorney for the City of New York