

U.S. Department of Justice

United States Attorneys
Southern District

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

86 Chambers Street
New York, New York 10007

# MEMO ENDORSED

October 15, 2007

By Hand To Chambers

Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street, Room 2260
New York, New York 10007

   Re:  City of New York v. U.S. Dep't of Justice
        07 Civ. 2240 (PKC)

Dear Judge Castel:

   I am the Assistant United States Attorney ("AUSA") handling the above-referenced matter on behalf of the defendant United States Department of Justice ("DOJ" or the "Government") while AUSA Danielle Gentin Stock is on maternity leave. I write respectfully in follow-up to the Government's September 18, 2007 letter to the Court regarding the status of this Freedom of Information Act ("FOIA") lawsuit.

   As previously represented to the Court, the parties believe that they will be able to resolve this matter without the need for Court intervention. In that regard, DOJ anticipates that, within the next thirty days, it will be producing information to the City of New York's Criminal Justice Coordinator that may resolve this lawsuit.

   Accordingly, the parties respectfully request that the Court maintain this matter on its suspense calendar for an additional thirty days. If the parties are unable to reach a stipulation to dismiss this case within the next thirty days, I also respectfully propose that this Office advise the Court of the status of the litigation on or before November 15, 2007.

*Report on status due November 15, 2007. SO ORDERED*
*USDJ 10-16-07*

Thank you for your attention to this matter.

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney

By: _____
     NEIL M. CORWIN
     Deputy Chief
     Civil Division
     Tel. No.: (212) 637-2707
     Fax: (212) 637-2730

cc: Eric Proshansky, Esq. (By facsimile)
    Attorney for the City of New York