UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CITY OF NEW YORK,

   Plaintiff,

-against-

UNITED STATES DEP'T OF JUSTICE,

   Defendant.
---------------------------------------------------------------- x

ECF Case

07 Civ. 2240 (PKC)

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

  WHEREAS, on or about November 9, 2006, plaintiff the City of New York ("plaintiff") submitted a request pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 to several United States Attorney's offices seeking certain information (the "November 9, 2006 FOIA request");

  WHEREAS, defendant the United States Department of Justice ("defendant") subsequently denied the November 9, 2006 FOIA request;

  WHEREAS, on or about March 15, 2007, plaintiff filed the complaint in the above-captioned action against defendant pursuant to FOIA;

  WHEREAS, defendant has not yet filed an answer to the complaint; and

  WHEREAS, Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action," Fed. R. Civ. P. 41(a)(1);

  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the plaintiff and the defendant that:

  1. Any and all of the claims arising out of the November 9, 2006 FOIA request are voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any party; and

2. The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
November __, 2007

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Plaintiff

By: _____
ERIC PROSHANSKY
Assistant Corporation Counsel
Affirmative Litigation Division
100 Church Street
New York, New York  10007
Tel.: (212) 788-1324

Dated: New York, New York
November 14, 2007

MICHAEL J. GARCIA
United States Attorney for the Southern
District of New York
Attorney for Defendant

By: _____
NEIL M. CORWIN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York  10007
Tel: (212) 637-2707