UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CITY OF NEW YORK,              :
                               :   ECF Case
     Plaintiff,                :
                               :   07 Civ. 2240 (PKC)
     -against-                 :
                               :   **STIPULATION OF**
UNITED STATES DEP'T OF JUSTICE,:   **VOLUNTARY DISMISSAL**
                               :
     Defendant.                :
---------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

     WHEREAS, on or about November 9, 2006, plaintiff the City of New York ("plaintiff") submitted a request pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 to several United States Attorney's offices seeking certain information (the "November 9, 2006 FOIA request");

     WHEREAS, defendant the United States Department of Justice ("defendant") subsequently denied the November 9, 2006 FOIA request;

     WHEREAS, on or about March 15, 2007, plaintiff filed the complaint in the above-captioned action against defendant pursuant to FOIA;

     WHEREAS, defendant has not yet filed an answer to the complaint; and

     WHEREAS, Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action," Fed. R. Civ. P. 41(a)(1);

     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the plaintiff and the defendant that:

     1.   Any and all of the claims arising out of the November 9, 2006 FOIA request are voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any party; and

2.      The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
       November /_/, 2007

       MICHAEL A. CARDOZO
       Corporation Counsel of the
       City of New York
       Attorney for Plaintiff

By:    _____
       ERIC PROSHANSKY
       Assistant Corporation Counsel
       Affirmative Litigation Division
       100 Church Street
       New York, New York  10007
       Tel.: (212) 788-1324

Dated: New York, New York
       November 14, 2007

       MICHAEL J. GARCIA
       United States Attorney for the Southern
       District of New York
       Attorney for Defendant

By:    _____
       NEIL M. CORWIN
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York  10007
       Tel: (212) 637-2707

SO ORDERED.

[signature]
USDJ
11-15-07

2